In the Matter of ROSE GLATZER, Appellant, v JAY GLATZER et al., Respondents.

Submitted October 25, 2010; decided December 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the consolidated proceeding and action within the meaning of the Constitution.